UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

LARRY WRIGHT

CRIMINAL ACTION

NO. 06-150-JJB

## RULING AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the Court on Defendant's Objection to the Report and Recommendation by the Magistrate to Deny the Defendant's Motion to Vacate Sentence (Doc. 201) filed by the Defendant, Larry Wright. The Magistrate Judge found that Wright's Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody (Doc. 194) should be denied. Upon reviewing the Magistrate Judge's Report and Recommendation and the parties' respective briefings on the matter, the Court hereby **AFFIRMS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. 200). It is clear that Wright has not satisfied the procedural requirements necessary for the Court to reach the merits of his Motion.

Signed in Baton Rouge, Louisiana, on July 12, 2013.

_____
**JAMES J. BRADY, DISTRICT JUDGE**